**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**PATRICK deMUNECAS; KEVIN McINTYRE;**
**CARMEN COSTANZO; JOHAN BOTMA; and**
**LANE SPIGNER, on behalf of themselves and all**
**others similarly situated,**

               **Plaintiffs,**

        **-against-**

**BOLD FOOD, LLC; KBFK RESTAURANT**
**CORP.; LAURENCE KRETCHMER; and BOBBY**
**FLAY,**

               **Defendants.**

---

**09 Civ. 00440 (DAB)**

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT,**
**CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT**
**OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF**
**PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION**
**SETTLEMENT PROCEDURE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Preliminary Approval of the Settlement, Conditional Certification of the Settlement Class,

Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed

Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary

Approval") and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for

Preliminary Approval ("Swartz Decl."), Plaintiffs respectfully request that the Court enter an

Order:

      (1)     granting preliminary approval of the Joint Settlement and Release ("Settlement

Agreement"), attached as Exhibit B to the Swartz Dec.;

      (2)     conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a)

and (b)(3) for purposes of effectuating the settlement:

All  servers, runners, bussers, and bartenders who work or have worked at Bar Americain, Mesa Grill, and/or Bolo in New York City for 30 days or more between January 15, 2003 and September 23, 2009.

(3)      appointing Outten & Golden LLP as Class Counsel;

(4)      approving Plaintiffs' Proposed Notice of Settlement of Class Action Lawsuit and

Fairness Hearing, attached hereto as **Exhibit A**, and directing its distribution;

(5)      approving Plaintiffs' proposed schedule for final settlement approval;

(6)      granting such other, further, or different relief as the Court deems just and proper.

*        *        *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit B**, for the Court's convenience.


Dated:  December 23, 2009
          New York, New York


Respectfully submitted,
**OUTTEN & GOLDEN LLP**
By:

/s/ Justin M. Swartz
Justin M. Swartz (JS 7989)

Justin M. Swartz (JS 7989)
Rachel M. Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**Attorneys for Plaintiffs and the Putative Class**